UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMARA SEABROOKS, | : CIVIL NO. 3:11CV495 (JBA) |
| PLAINTIFF, | : |
| v. | : |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | : |
| DEFENDANT. | : |

ORDER OF REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REVERSAL AND REMAND OF THE CASE TO THE DEFENDANT

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further agency action, it is ordered that this matter be remanded to the Appeals Council.

Upon remand by this Court, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") who will further consider plaintiff's onset date, all of her medical records and her past relevant work.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further action, as specified above. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This Honorable Court will enter a separate final judgment for Plaintiff in this matter.

SO ORDERED this 5th day of August, 2011.

/s/ Joan G. Margolis, USMJ
UNITED STATES MAGISTRATE JUDGE